**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Quantum Information Specialists; Leonard J. Pearlstein; James L. McNully; and Gilbert F. R. Rau,<br><br>Plaintiffs,<br><br>vs.<br><br>United States Government; Executive Branch; and Department of Defense,<br><br>Defendants. | No. CV-11-677-PHX-DGC<br><br>**ORDER** |

Plaintiff has filed a motion for status of the case. Doc. 12. The amended complaint has been dismissed for lack of jurisdiction, and Plaintiff has until July 22, 2011 to file a second amended complaint. Doc. 17. Defendants' default has not been entered under Rule 55 given that Defendants have appeared in this action and responded to the amended complaint.

**IT IS ORDERED** that Plaintiff's motion for status of the case (Doc. 12) is **granted**.

Dated this 14th day of July, 2011.

David G. Campbell
United States District Judge