**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Quantum Information Specialists; Leonard J. Pearlstein; James L. McNully; and Gilbert F. R. Rau,<br><br>Plaintiffs,<br><br>vs.<br><br>United States Department of Defense,<br><br>Defendant. | No. CV11-00677-PHX-DGC<br><br>**ORDER** |

Plaintiffs have filed a third amended complaint (Doc. 30) pursuant to the Court's October 5, 2011 order (Doc. 27). Plaintiffs have also filed a motion to remove Quantum Information Specialists ("Quantum") as a plaintiff (Doc. 28), a motion for oral argument on the motions (Doc. 29), and a motion requesting the status of the case (Doc. 31).

The third amended complaint asserts that this Court has original jurisdiction under 28 U.S.C. § 1331 and alleges a claim for theft of technologies under 18 U.S.C. § 1905, the Fourth, Fifth, and Eleventh Amendments, and Patent Law. Doc. 30, at 2. The Court finds that it has jurisdiction over this matter because Plaintiffs' claim is asserted under § 1905 and the Fifth Amendment.

**IT IS ORDERED:**

1. Plaintiffs' third amended complaint (Doc. 30) is construed as the active complaint, and Defendant is directed to file a response or other appropriate motions by **January 13, 2012**.

2. The motion to remove Quantum as a plaintiff (Doc. 28) is **granted**. The Clerk shall remove Quantum as a party to this matter.

3. The motion for oral argument (Doc. 29) is **denied**.

4. The motion requesting the status of the case (Doc. 31) has been **granted** by entry of this order.

Dated this 19th day of December, 2011.

*David G. Campbell*
United States District Judge